UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

REGINALD CONNOR,

                                           Plaintiff,                **ORDER**

                          -against-                               15 CV 7079 (ILG)(RER)

THE CITY OF NEW YORK, et. al.,

                                           Defendants.

------------------------------------------------------------------X

        Upon application by plaintiff for the production of sealed arrest records related to Brunilda Capella, now deceased; and

        Defendant City having raised concerns that disclosure of same may implicate C.P.L. §160.50;

        NOW THEREFORE,

        **IT IS HEREBY ORDERED** that the aforesaid sealed arrest records related to Brunilda Capella may be unsealed and provided to Zachary W. Carter, Corporation Counsel of the City of New York, for the limited and sole purpose of the aforesaid records being used in the herein litigation.

Dated: New York, New York
          October 17, 2016

                                                                    Hon. Ramon E. Reyes, Jr.